People v Heredia-Delacruz (2022 NY Slip Op 51017(U))

[*1]

People v Heredia-Delacruz (Luis)

2022 NY Slip Op 51017(U) [76 Misc 3d 138(A)]

Decided on October 19, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 19, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570043/20

The People of the State of New
York, Respondent, 
against
Luis Heredia-Delacruz,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (George A. Grasso, J.), rendered December 3, 2019, convicting him, upon
his plea of guilty, of driving while intoxicated per se, and sentencing him, inter alia, to a
fine of $1,000.

Per Curiam.
Judgment of conviction (George A. Grasso, J.), rendered December 3, 2019,
affirmed.
We are unpersuaded that the bargained-for sentence imposed upon defendant's
conviction for driving while intoxicated per se (see Vehicle and Traffic Law
§ 1192[2]), including payment of a $1,000 fine, was unduly harsh or excessive, and
find no extraordinary circumstances warranting a reduction of the sentence in the interest
of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8
NY3d 945 [2007]). Defendant was sentenced in accordance with his bargained-for plea
and should not now "be heard to complain that he received what he bargained for"
(id., quoting People v Chambers, 123 AD2d 270, 270 [1986]). Although
defendant now claims that he is indigent, he never sought relief from the fine by way of a
CPL 420.10(5) motion for resentencing (see People v Toledo, 101 AD3d 571
[2012], lv denied 21 NY3d 947 [2013]), and indeed, has paid the fine.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 19, 2022